IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:98CR239 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| JOHN M CIERRA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 56). The Court, being duly advised in the premises, finds said Motion should be sustained.

IT IS HEREBY ORDERED:

1. The United States' Motion for Dismissal (Filing No. 56) is granted;

2. Leave of Court is granted for the United States to dismiss, without prejudice, the Indictment and Superseding Indictment filed herein only as to the Defendant, John M. Cierra.

3. The Indictment and Superseding Indictment filed herein are hereby dismissed, without prejudice, as they pertain to the Defendant, John M. Cierra.

DATED this 6th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge